NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVENTIO AG,**

*Plaintiff-Appellant*

**v.**

**THYSSENKRUPP ELEVATOR CORPORATION,**

*Defendant-Cross-Appellant*

**THYSSENKRUPP ELEVATOR AMERICAS CORPORATION, THYSSENKRUPP ELEVATOR MANUFACTURING INCORPORATED,**

*Defendants*

---

2015-1189, 2015-1227

---

Appeals from the United States District Court for the District of Delaware in No. 1:08-cv-00874-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

PIERRE YANNEY, Stroock & Stroock & Lavan LLP, New York, NY, argued for plaintiff-appellant.

DAVID E. SCHMIT, Frost Brown Todd LLC, Cincinnati, OH, argued for defendant-cross-appellant.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2015                    /s/ Daniel E. O'Toole
Date                                Daniel E. O'Toole
Clerk of Court